STATE v. BOYD

No. 34P01

Case below: 141 N.C. App. 350

Petition by Attorney General for writ of supersedeas denied and temporary stay dissolved 19 July 2001. Motion by defendant to dismiss the appeal for lack of substantial constitutional question allowed 19 July 2001. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 19 July 2001 for the limited purpose of remand to the North Carolina Court of Appeals for reconsideration in light of *State v. Lucas*. Petition by defendant for discretionary review pursuant to G.S. 7A-31 dismissed as moot 19 July 2001.

STATE v. CLARK

No. 314P01

Case below: 138 N.C. App. 392

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 19 July 2001.

STATE v. FLOYD

No. 280P01

Case below: 143 N.C. App. 128

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 19 July 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 19 July 2001.

STATE v. FULP

No. 342P01

Case below: 144 N.C. App. 428

Motion by the Attorney General for temporary stay allowed 2 July 2001.